Michelle E. Armond (SBN 227439)
michelle.armond@armondwilson.com
Josepher Li (SBN 313018)
josepher.li@armondwilson.com
Monica M. Arnold (SBN 317983)
monica.arnold@armondwilson.com
ARMOND WILSON LLP
100 Bayview Circle, Suite 300
Newport Beach, CA 92660
Phone: (949) 386-1341
Facsimile: (949) 386-1932

Douglas R. Wilson (Admitted *Pro Hac Vice*)
doug.wilson@armondwilson.com
ARMOND WILSON LLP
13785 Research Blvd., Suite 125
Austin, Texas 78750
Phone: (512) 267-1663
Facsimile: (949) 386-1932

Attorneys for Defendant
WESTERN DIGITAL TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GODO KAISHA IP BRIDGE 1,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 24-cv-06555-RS<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO ALL THE PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Civil Local Rule 3-11, counsel for Defendant Western Digital Technologies, Inc., Michelle E. Armond, Josepher Li, and Monica M. Arnold, hereby give notice that the address of the Newport Beach office of Armond Wilson LLP has changed. Effective immediately, the new address is:

> ARMOND WILSON LLP
> 100 Bayview Circle, Suite 300
> Newport Beach, CA 92660

Please note that the telephone and facsimile numbers, as well as the e-mail addresses, remain the same.

Dated: July 24, 2026

Respectfully submitted,

ARMOND WILSON LLP


By: /s/ Michelle E. Armond
Michelle E. Armond
Douglas R. Wilson
Josepher Li
Monica M. Arnold

Attorneys for Defendant
WESTERN DIGITAL TECHNOLOGIES, INC.

-1-    NOTICE OF CHANGE OF ADDRESS
Case No. 24-cv-06555-RS