Michelle E. Armond (SBN 227439)
michelle.armond@armondwilson.com
Josepher Li (SBN 313018)
josepher.li@armondwilson.com
Monica M. Arnold (SBN 317983)
monica.arnold@armondwilson.com
ARMOND WILSON LLP
100 Bayview Circle, Suite 300
Newport Beach, CA 92660
Phone: (949) 386-1341
Facsimile: (949) 386-1932

Douglas R. Wilson (Admitted *Pro Hac Vice*)
doug.wilson@armondwilson.com
ARMOND WILSON LLP
13785 Research Blvd., Suite 125
Austin, Texas 78750
Phone: (512) 267-1663
Facsimile: (949) 386-1932

Attorneys for Defendant
WESTERN DIGITAL TECHNOLOGIES, INC.

[*additional counsel listed on signature page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GODO KAISHA IP BRIDGE 1,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>Defendant. | ) Case No. 24-cv-06555-RS<br>)<br>)<br>) **JOINT STATUS REPORT**<br>) **REGARDING *INTER PARTES***<br>) **REVIEW PROCEEDINGS**<br>)<br>)<br>)<br>)<br>) |

The parties jointly submit this status report within fourteen days of the Board issuing the last of its Director Review Decisions in IPR2024-01447, -01493, and -01494. Dkt. No. 77.

**Patent Office IPR Status**.  Below is an updated table reporting the current status of the three instituted *inter partes* reviews for the asserted patents. The PTAB denied IPB's Requests for Director Review asking for reconsideration in IPR2024-01447 and IPR2024-01493 on July 21, 2026. Western Digital filed appeals from all three IPRs to the Federal Circuit Court of Appeals.

| IPR No. Patent No. | Final Written Decision | Director Review | Date Appeal Filed |
|---|---|---|---|
| 2024-01447 8,405,134 | 3/27/2026 Claims 1–2 unpatentable Claims 3–4 not unpatentable | 7/21/2026 Denied | 7/22/2026 |
| 2024-01493 10,680,167 | 4/29/2026 Claims 1, 3, 5, 7–11, 14–15 unpatentable Claims 2, 4, 6, 12-13 not unpatentable | 7/21/2026 Denied | 7/22/2026 |
| 2024-01494 11,968,909 | 4/28/2026 Claims 1–4, 7–8 disclaimed Claims 5–6, 9–20 not unpatentable | Not requested | 7/2/2026 |

**APA lawsuit against Patent Office.**  Western Digital separately requested *ex parte* reexamination of U.S. Patent No. 11,968,909 on March 29, 2026.  The Patent Office *sua sponte* vacated the reexamination request on May 27, 2026, and Western Digital filed suit against the Patent Office on July 11, 2026, alleging the Patent Office's action violated its rights under the Administrative Procedure Act. *Western Digital Techs., Inc. v. Squires*, No. 26-cv-02072-RDA-WBP (E.D. Va.). That case is currently pending.

**Stay And Next Status Report.**  As of the filing of this status report, IPB is still evaluating whether it will stipulate to a stay or move to lift the stay. The parties will submit a status report regarding the stay by August 17, 2026.

Dated:  July 30, 2026

WOLF, GREENFIELD & SACKS, P.C.

By: /s/ Gerald B. Hrycyszyn
    Michael A. Albert
    malbert@wolfgreenfield.com
    (Admitted *Pro Hac Vice)*
    Gerald B. Hrycyszyn
    ghrycyszyn@wolfgreenfield.com
    Hunter D. Keeton
    hkeeton@wolfgreenfield.com
    (Admitted *Pro Hac Vice)*
    Stuart V.C. Duncan Smith
    (Admitted *Pro Hac Vice)*
    sduncansmith@wolfgreenfield.com
    WOLF, GREENFIELD & SACKS, P.C.
    600 Atlantic Avenue
    Boston, MA 02210
    Phone: (617) 646-8000
    Facsimile: (617) 646-8646

    Robert F. Kramer (SBN 181706)
    rkramer@krameralberti.com
    KRAMER LLP
    303 Twin Dolphin Drive
    Suite 600
    Redwood City, CA 94065
    Phone: (415) 419-1895

Attorneys for Plaintiff
GODO KAISHA IP BRIDGE 1

Respectfully submitted,

ARMOND WILSON LLP

By: /s/ Michelle E. Armond
    Michelle E. Armond (SBN 227439)
    michelle.armond@armondwilson.com
    Josepher Li (SBN 313018)
    josepher.li@armondwilson.com
    Monica M. Arnold (SBN 317983)
    monica.arnold@armondwilson.com
    ARMOND WILSON LLP
    100 Bayview Circle, Suite 300
    Newport Beach, CA 92660
    Phone: (949) 386-1341
    Facsimile: (949) 386-1932

    Douglas R. Wilson
    (Admitted *Pro Hac Vice*)
    doug.wilson@armondwilson.com
    ARMOND WILSON LLP
    13785 Research Blvd., Suite 125
    Austin, Texas 78750
    Phone: (512) 267-1663
    Facsimile: (949) 386-1932

Attorneys for Defendant
WESTERN DIGITAL TECHNOLOGIES, INC.

**CIVIL L.R. 5-1 ATTESTATION**

I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that concurrence in the filing of this document has been obtained from each of the other signatories to this document.


ARMOND WILSON LLP


By: /s/ *Michelle E. Armond*
Michelle E. Armond