Michelle E. Armond (SBN 227439)
michelle.armond@armondwilson.com
Josepher Li (SBN 313018)
josepher.li@armondwilson.com
Monica M. Arnold (SBN 317983)
monica.arnold@armondwilson.com
ARMOND WILSON LLP
100 Bayview Circle, Suite 300
Newport Beach, CA 92660
Phone: (949) 386-1341
Facsimile: (949) 386-1932

Douglas R. Wilson (Admitted *Pro Hac Vice*)
doug.wilson@armondwilson.com
ARMOND WILSON LLP
13785 Research Blvd., Suite 125
Austin, Texas 78750
Phone: (512) 267-1663
Facsimile: (949) 386-1932

Attorneys for Defendant
WESTERN DIGITAL TECHNOLOGIES, INC.

[*additional counsel listed on signature page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GODO KAISHA IP BRIDGE 1,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 24-cv-06555-RS<br><br>**JOINT STATUS REPORT REGARDING STAY OF PROCEEDINGS** |

The parties jointly submit this status report advising the Court that they agree this case should remain stayed.

**Stay.** Pursuant to the July 30, 2026 Status Report (Dkt. No. 84), plaintiff IP Bridge indicated that it would advise by today whether it is seeking at this time to lift the stay. IP Bridge states that it does not seek to lift the stay at this time, but reserves its right to so move at a later date.

Dated: August 17, 2026

Respectfully submitted,

WOLF, GREENFIELD & SACKS, P.C.

By: */s/ Gerald B. Hrycyszyn*
Michael A. Albert
malbert@wolfgreenfield.com
(Admitted *Pro Hac Vice)*
Gerald B. Hrycyszyn
ghrycyszyn@wolfgreenfield.com
Hunter D. Keeton
hkeeton@wolfgreenfield.com
(Admitted *Pro Hac Vice)*
Stuart V.C. Duncan Smith
(Admitted *Pro Hac Vice)*
sduncansmith@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Phone: (617) 646-8000
Facsimile: (617) 646-8646

Robert F. Kramer (SBN 181706)
rkramer@krameralberti.com
KRAMER LLP
303 Twin Dolphin Drive
Suite 600
Redwood City, CA 94065
Phone: (415) 419-1895

Attorneys for Plaintiff
GODO KAISHA IP BRIDGE 1

ARMOND WILSON LLP

By: */s/ Michelle E. Armond*
Michelle E. Armond (SBN 227439)
michelle.armond@armondwilson.com
Josepher Li (SBN 313018)
josepher.li@armondwilson.com
Monica M. Arnold (SBN 317983)
monica.arnold@armondwilson.com
ARMOND WILSON LLP
100 Bayview Circle, Suite 300
Newport Beach, CA 92660
Phone: (949) 386-1341
Facsimile: (949) 386-1932

Douglas R. Wilson
(Admitted *Pro Hac Vice*)
doug.wilson@armondwilson.com
ARMOND WILSON LLP
13785 Research Blvd., Suite 125
Austin, Texas 78750
Phone: (512) 267-1663
Facsimile: (949) 386-1932

Attorneys for Defendant
WESTERN DIGITAL TECHNOLOGIES, INC.

**CIVIL L.R. 5-1 ATTESTATION**

I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

WOLF, GREENFIELD & SACKS, P.C.

By: */s/ Gerald B. Hrycyszyn*
Gerald B. Hrycyszyn