Michelle E. Armond (SBN 227439)
michelle.armond@armondwilson.com
Josepher Li (SBN 313018)
josepher.li@armondwilson.com
Monica M. Arnold (SBN 317983)
monica.arnold@armondwilson.com
ARMOND WILSON LLP
100 Bayview Circle, Suite 300
Newport Beach, CA 92660
Phone: (949) 386-1341
Facsimile: (949) 386-1932

Douglas R. Wilson (Admitted *Pro Hac Vice*)
doug.wilson@armondwilson.com
ARMOND WILSON LLP
13785 Research Blvd., Suite 125
Austin, Texas 78750
Phone: (512) 267-1663
Facsimile: (949) 386-1932

Attorneys for Defendant
WESTERN DIGITAL TECHNOLOGIES, INC.

[*additional counsel listed on signature page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GODO KAISHA IP BRIDGE 1,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 24-cv-06555-RS<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE STAY AND RESCHEDULE THE CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 7-12, Plaintiff Godo Kaisha IP Bridge 1 and Defendant Western Digital Technologies, Inc., by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to reschedule the Initial Case Management Conference currently set for October 1, 2026 (Dkt. No. 80) to a date on or after September 2027.

As explained in the filed Status Report (Dkt. No. 84), this extension will allow for Federal Circuit appeals from IPR2024-01447, -01493, -01494 and the pending APA lawsuit against the Patent Office in No. 26-cv-02072-RDA-WBP (E.D. Va.) to conclude, and for the parties to meet and confer on whether the stay of the case should be lifted.

THE PARTIES HEREBY STIPULATE AND AGREE THAT the Case Management Conference is hereby continued until a date on or after September 2027, subject to the Court's availability, and all deadlines remain stayed.

Dated: August 17, 2026

Respectfully submitted,

WOLF, GREENFIELD & SACKS, P.C.

By: */s/ Gerald B. Hrycyszyn*
Michael A. Albert
malbert@wolfgreenfield.com
(Admitted *Pro Hac Vice)*
Gerald B. Hrycyszyn
ghrycyszyn@wolfgreenfield.com
Hunter D. Keeton
hkeeton@wolfgreenfield.com
(Admitted *Pro Hac Vice)*
Stuart V.C. Duncan Smith
(Admitted *Pro Hac Vice)*
sduncansmith@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Phone: (617) 646-8000
Facsimile: (617) 646-8646

Robert F. Kramer (SBN 181706)
rkramer@kramerallp.com
KRAMER LLP
303 Twin Dolphin Drive
Suite 600

ARMOND WILSON LLP

By: */s/ Michelle E. Armond*
Michelle E. Armond (SBN 227439)
michelle.armond@armondwilson.com
Josepher Li (SBN 313018)
josepher.li@armondwilson.com
Monica M. Arnold (SBN 317983)
monica.arnold@armondwilson.com
ARMOND WILSON LLP
100 Bayview Circle, Suite 300
Newport Beach, CA 92660
Phone: (949) 386-1341
Facsimile: (949) 386-1932

Douglas R. Wilson
(Admitted *Pro Hac Vice*)
doug.wilson@armondwilson.com
ARMOND WILSON LLP
13785 Research Blvd., Suite 125
Austin, Texas 78750
Phone: (512) 267-1663
Facsimile: (949) 386-1932

Redwood City, CA 94065
Phone: (415) 419-1895

Attorneys for Plaintiff
GODO KAISHA IP BRIDGE 1

Attorneys for Defendant
WESTERN DIGITAL TECHNOLOGIES, INC.

**CIVIL L.R. 5-1 ATTESTATION**

I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

WOLF, GREENFIELD & SACKS, P.C.

By: */s/ Gerald B. Hrycyszyn*
Gerald B. Hrycyszyn

**PURSUANT TO STIPULATION, IT IS SO ORDERED:** This case remains stayed except for briefing on Plaintiff's anticipated motion to lift the stay. The Case Management Conference is hereby continued until September 16, 2027. A case management statement is due by September 9, 2027.

Dated: August 18, 2026

Honorable Richard Seeborg
United States District Judge